[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-14042

Non-Argument Calendar

_____

JOSHUA M. SHAW,

Plaintiff-Appellant,

*versus*

CORIZAN HEALTH CARE INC.

Defendant,

K. MURRY,
individual capacity,
DR. M. NABAVI,
individual capacity,
SERGEANT PITTMAN,
VALINTIN GONZOLEZ,

2                        Opinion of the Court                    24-14042

Doctor, individual capacity,

D. BROWN,

LPN, individual capacity, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-00877-KKM-UAM

_____

Before ROSENBAUM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Joshua Shaw's notice of appeal, deemed filed on November 25, 2024, is untimely to challenge the district court's March 29, 2024 final judgment dismissing his case without prejudice for failure to prosecute. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (noting that a *pro se* prisoner's notice of appeal is deemed filed on the date he delivers it to prison authorities for mailing, but if that date is unknown and there is not contrary evidence, the notice is deemed filed on the date he signed it).

24-14042　　　　　　　Opinion of the Court　　　　　　　3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.